UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLOR CHACH, ET AL., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )    C.A. No. 07-10915-RGS |
| | ) |
| MICHAEL BIANCO, INC., ET AL., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**RENEWED MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*
AND COUNSEL'S REPRESENTATION REGARDING
*IN FORMA PAUPERIS* APPLICATIONS**

Plaintiffs FLOR CHACH, ELSY HERNANDEZ, DIGNA MENDOZA, CARLOS SIMAJ

MORENTE, PEDRO PACHECO, and GILBERTO VIEIRA hereby renew their Motion for

Leave to Proceed *In Forma Pauperis* (hereinafter "IFP application").

Plaintiffs filed their original IFP applications along with the Complaint on May 15, 2007.

On May 17, 2007, this Court issued a Memorandum and Order denying the IFP applications,

without prejudice to renew within 35 days, saying that the form of the electronically filed

affidavits made unclear whether the plaintiffs had actually signed their IFP applications under

penalties of perjury.  The Court stated that the IFP application could be renewed either by filing a

signed IFP application under the penalties of perjury, or by counsel's filing a representation that

each plaintiff has signed under the penalties of perjury and that counsel is retaining the originals

pursuant to the Court's CM/ECF Administrative Procedures.

Therefore, in accordance with the Court's Order, Counsel for Plaintiffs Audrey Richardson represents that each plaintiff did in fact sign his or her IFP application under the penalties of perjury prior to the filing date of May 15, 2007, and that she is retaining the originals pursuant to the Court's CM/ECF Administrative Procedures. Attorney Richardson submitted the IFP applications in the PDF-fillable form available on the Court's website with the "/s/" signature because the original IFP applications contained the information in a handwritten format that was somewhat difficult to read. Based on the Electronic Case Filing Administrative Procedures, Part J (Signatures), Section 3 (Affidavits) (effective 1/1/06), and on her consultation with the CM/ECF Help Desk, Attorney Richardson believed that such submission was acceptable in form and in compliance with the CM/ECF procedures.

Plaintiffs therefore renew their IFP Applications and request that they be granted.

Respectfully submitted,

PLAINTIFFS
By their attorneys,

 /s/ Audrey R. Richardson
Audrey R. Richardson (BBO # 630782)
Greater Boston Legal Services
197 Friend Street
Boston, MA  02114
(617) 603-1662
Arichardson@gbls.org


   /s/ Philip J. Gordon
Philip J. Gordon (BBO # 630989)
Gordon Law Group, LLP
535 Boylston Street, 6th Floor
Boston, MA 02116
(617) 536-1800
Pgordon@gordonllp.com

  /s/ Phillip Kassel
Phillip Kassel (BBO # 555845)
South Coastal Counties Legal Services
231 Main St., Suite 201
Brockton, MA
(508) 586-2110, ext. 25
PKassel@sccls.org


Dated: May 30, 2007


CERTIFICATE OF SERVICE

       I hereby certify that on this 30th day of May, 2007, a copy of the foregoing Renewed Motion for Leave to Proceed *in Forma Pauperis* and Counsel's Representation Regarding *In Forma Pauperis* Applications was filed electronically.  As Defendants have not yet filed answers to the Complaint, and no counsel has entered an appearance on their behalves, this Motion will be served upon Defendants by mailing by first-class mail, postage-prepaid, to Francesco Insolia (individually) at 3 Country Club Circle, Pembroke, MA, 02359; Francesco Insolia (on behalf of Defendant Michael Bianco, Inc.) at 89 West Rodney French Blvd., New Bedford, MA, 02744; Suzanne Thompson (individually) at 56 Sycamore Rd., Squantum, MA, 02171; Suzanne Thompson (on behalf of Defendant Front Line Defense, Inc.) at 89 West Rodney French Blvd., New Bedford, MA, 02744; Marguerite Insolia at 56 Sycamore Rd., Squantum, MA, 02171; and Gloria Melo at 135 Sprague St. #1, Fall River, MA, 02724.


  /s/ Audrey R. Richardson