UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FLOR CHACH, ET AL,
    Plaintiffs,

v.                    Civil Action No. 07-10915-RGS

MICHAEL BIANCO, INC., ET AL.,
    Defendants.

## MEMORANDUM AND ORDER

STEARNS, D.J.

On May 17, 2007, a Memorandum and Order (#4) issued denying each of the plaintiffs' Motion for Leave to Proceed *in forma pauperis* because it was unclear whether each had signed the application under the penalties of perjury.

On May 30, 2007, counsel for plaintiffs Flor Chach, Elsy Hernandez, Digna Mendoza, Pedro Pacheco, Carlos Simaj-Morente, and Gilberto Vieira filed a renewed Motion for Leave to Proceed *in forma pauperis* (#5) in compliance with the directives of the Memorandum and Order (#4), representing to this Court that each plaintiff had, in fact, signed his or her *in forma pauperis* application and that counsel is retaining the originals pursuant to the Court's CM/ECF Administrative Procedures.

Accordingly, the Court finds that each plaintiff qualifies for *in forma pauperis* status, and their renewed Motion for Leave to Proceed *in forma pauperis* (#5) is hereby ALLOWED.

It is Further Ordered that the clerk shall issue summonses with respect to each named defendant, and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiffs' counsel with all costs of service to be advanced by the United States.

SO ORDERED.

                                      /s/ Richard G. Stearns
                                      RICHARD G. STEARNS
                                      UNITED STATES DISTRICT JUDGE

DATED: June 1, 2007