UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| FLOR CHACH, ELSY HERNANDEZ, DIGNA MENDOZA, PEDRO PACHECO, CARLOS SIMAJ MORENTE, and GILBERTO VIEIRA, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | |
| v. | Civil Action No.: 07-10915-RGS |
| MICHAEL BIANCO, INC., FRONT LINE DEFENSE, INC., FRANCESCO INSOLIA, GLORIA MELO, SUZANNE THOMPSON AND MARGUERITE INSOLIA, | |
| Defendants. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' ELEVENTH FILING OF CONSENT TO JOIN FORMS**

Attached as Exhibit A are Consent to Join forms for the above-captioned case and for the following individuals:

1. Dora Maricela Alvarado

2. Jose Choc Mateo

3. Santa Cruz Chuc Q.

4. Isabela Colaj Ventura

5. Sandra E. Corvera

6. Juana de la Cruz Rodriguez

7. Vivian Enamorado

8. Jose Alberto Galileo Martinez

9. Omayra Gonzalez

10. Liset Y. Hernandez

11. Nicolasa Hernandez

12. Nestor A. Lopez

13. Yamileth Lopez

14. Diego Lopez Perez

15. Marta Maradiaga

16. Josue Martinez

17. Eugenia Medeiros

18. Ricardo Meza Garcia

19. Maria A. Montoya C.

20. Petrona Morente

21. Ana Maria Moura

22. Rosa Pena de Cruz

23. Robert Rebello

24. Magdalena Sam Castro

25. Maria Silva McCree

26. Brian Viveiros

>Respectfully submitted,
>PLAINTIFFS
>By their attorneys,
>
> /s/ Audrey R. Richardson
>Audrey R. Richardson (BBO # 630782)
>Ingrid Nava (BBO # 658608)
>Greater Boston Legal Services
>197 Friend Street
>Boston, MA  02114
>(617) 603-1662; (617) 603-1684
>Arichardson@gbls.org
>Inava@gbls.org
>
>Philip J. Gordon (BBO# 630989)
>Gordon Law Group, LLP
>535 Boylston Street, 6th Floor
>Boston, MA 02116
>(617) 536-1800
>Pgordon@gordonllp.com
>
>Phillip Kassel (BBO #555845)
>South Coastal Counties Legal Services
>231 Main St., Suite 201
>Brockton, MA
>(508) 586-2110, ext. 25
>PKassel@sccls.org

Dated: February 7, 2008

## CERTIFICATE OF SERVICE

I, Audrey R. Richardson, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notification of Electronic Filing on February 7, 2008.

        /s/ Audrey R. Richardson